No. 03–10267. ROJAS AFANADOR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–10269. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10271. WELCH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10272. NEWSOME v. UNITED STATES MARTIN v. UNITED STATES CHIMNEY v. UNITED STATES SONGALIA FLORES v. UNITED STATES; VILLARREAL-MEDINA v. UNITED STATES ABNEY v. UNITED STATES GUERRERO v. UNITED STATES AGUILAR-CORTEZ v. UNITED STATES AVILA-CHAVEZ v. UNITED STATES HERNANDEZ-HERNANDEZ v. UNITED STATES DE LOS SANTOS v. UNITED STATES MEDINA-TENIENTE v. UNITED STATES and DE LUNA-VIGIL v. UNITED STATES C. A. 5th Cir. Certiorari denied.

No. 03–10273. MIRANDA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10274. COLEMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10275. EPPS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.*

No. 03–10276. CARDENAS-GUTIERREZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10277. RUDDOCK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–10278. SALCEDA-GUERRERO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.